UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WHITNEY COLLINS<br><br>      Plaintiff,<br>vs.<br><br>EASTERN UNIVERSITY<br><br><br>      Defendant. | Civil Action No. 2-23-cv-02693 |

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

In accordance with Federal Rule of Civil Procedure 55(a), Plaintiff Anne Whitney Collins ("Collins" or "Plaintiff") hereby requests that the Clerk enter default in this matter against Defendant Eastern University ("Eastern" or "Defendant") on grounds that Defendant has failed to appear, answer or otherwise respond to the Complaint filed by Plaintiff within the time prescribed by the Federal Rules of Civil Procedure. *See* attached Declaration of Jennifer M. Chalal, ¶ 7 (hereinafter Chalal Dec.).

Plaintiff filed her Complaint on July 14, 2023. [ECF Dkt. No. 1]; Chalal Dec., ¶ 3. Pursuant to the request of Defense Counsel, Glenn Davis, Esquire, the Summons, Complaint along with a Waiver of Service was sent to Mr. Davis on July 20, 2023. Chalal Dec., ¶ 4. Mr. Davis returned the signed Waiver of Service on July 31 which was filed with the Court on August 1, 2023. [ECF Dkt. No. 3]; Chalal Dec., ¶ 5. In accordance with Rule 4 of the Rules of Civil Procedure, Defendant had sixty days from July 20, 2023 - until September 18, 2023 - to file a responsive pleading. [ECF Dkt. No. 3]; Chalal Dec., ¶ 6. To date, Defendant has not filed a responsive pleading nor has it requested an extension from Plaintiff's counsel or the Court.

Chalal Dec., ¶ 7 . Defendant is not an infant, incompetent person, or in the military service.

For these reasons, a default should be entered. Chalal Dec., ¶ 8.

Respectfully,

Date September 27, 2023

/s/ *Jennifer M. Chalal*
Jennifer M. Chalal, Esquire
Spector Gadon & Rosen P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19107
(215) 241-8917

Counsel for Plaintiff,
*Anne Whitney Collins*

## CERTIFICATE OF SERVICE

I, Jennifer Chalal, Esquire hereby certifies that on this 27 day of September 2023 a true and correct copy of the foregoing Request to Enter Default was served via electronic mail upon the following attorneys:

Glenn R. Davis, Esquire
Latsha Davis & Marshall
1700 Bent Creek Boulevard Suite 140
Mechanicsburg, PA 17050

/s/ *Jennifer Chalal*
Jennifer M. Chalal