# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WHITNEY COLLINS, | : |
| Plaintiff | : CIVIL ACTION NO. 2:23 - cv -02693 |
| v. | : |
| EASTERN UNIVERSITY | : |
| Defendant | : JURY TRIAL DEMANDED |

## JOINT STIPULATION AND REQUEST TO WITHDRAW PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Anne Whitney Collins ("Plaintiff"), and Defendant, Eastern University ("Eastern"), (together, the "Parties"), enter into this Joint Stipulation and Request to Withdraw Plaintiff's Request for Entry of Default. Plaintiff filed her Complaint on July 14, 2023. [ECF Dkt. No. 1]. Plaintiff issued Eastern a Waiver of Service on July 20, 2023 and Eastern returned the signed Waiver of Service on July 31 which was filed with the Court on August 1, 2023. [ECF Dkt. No. 3]. Plaintiff filed a Request for Entry of Default against Eastern on September 27, 2023 [ECF Dkt. 4]. On like date, Eastern filed its Answer with Affirmative Defenses [ECF Dkt. No. 5].

The Parties have agreed to enter into the Joint Stipulation to withdraw Plaintiff's Request for Entry of Default and also to the acceptance and filing of Eastern's Answer with Affirmative Defenses which will allow the matter to timely proceed on its merits. Accordingly, the Parties file this Joint Stipulation and respectfully request that the Request to Enter Default Judgment be withdrawn in accordance with the attached Order.

15465418v1

Dated: September 29, 2023            Respectfully submitted,

*/s/ Jennifer Myers Chalal*            */s/ Glenn R. Davis*

Jennifer Myers Chalal, Attorney           Glenn R. Davis Attorney
I.D. No. 77841                            I.D. No. 31040
**SPECTOR, GADON & ROSEN,**               Brian A. McCall
**P.C.**                                  Attorney I.D. No. 83030
1635 Market Street, 7th Floor             **LATSHA DAVIS & MARSHALL, P.C.**
Philadelphia, PA 19103                    1700 Bent Creek Boulevard, Suite 140
215-241-8888                              Mechanicsburg, PA 17050
jchalal@sgrvlaw.com                       717-620-2424
                                          gdavis@ldylaw.com
*Counsel for Plaintiff*                   bmccall@ldylaw.com

                                          *Counsel for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNE WHITNEY COLLINS, | : |
| Plaintiff | : CIVIL ACTION NO. 2:23 - cv -02693 |
| v. | : |
| EASTERN UNIVERSITY | : |
| Defendant | : JURY TRIAL DEMANDED |

**ORDER**

AND NOW, this ____ day of September 2023, upon consideration of counsels' Joint Stipulation and Request to Withdraw Plaintiff's Entry of Default (Doc. 4), IT IS HEREBY ORDERED the Joint Stipulation and Request is GRANTED.

**IT IS SO ORDERED.**

_____
J.

15465418v1