# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNE WHITNEY COLLINS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 23-cv-02693** |
| | : | |
| **EASTERN UNIVERSITY,** | : | |
| **Defendant.** | : | |
| | : | |

## O R D E R

    **AND NOW**, this 2nd day of October, 2023, upon consideration of the Parties' Joint Stipulation and Request to Withdraw Plaintiff's Entry of Default (Doc. No. 4), it is hereby **ORDERED** that the Joint Stipulation and Request is Granted.

                                       **AND IT IS SO ORDERED.**

                                     */s/ Paul S. Diamond*

                                     _____

                                       Paul S. Diamond, J.