IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE WHITNEY COLLINS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 23-cv-02693 |
| | : | |
| EASTERN UNIVERSITY, | : | |
| Defendant. | : | |
| | : | |

## O R D E R

Per my October 27, 2023 Case Management Conference Order, "**A REPRESENTATIVE FOR DEFENDANT WITH FULL AUTHORITY TO SETTLE THIS CASE, AND ANY INSURANCE REPRESENTATIVE MUST ATTEND.**" (Doc. No. 10.) On January 10, 2024, nearly two-and-a-half months after I issued my Order, Defense Counsel informed Chambers that its insurance carrier might not be able to attend the Case Management Conference scheduled for **Tuesday, January 16, 2024 at 11:00 a.m.**

**AND NOW**, this 10th day of January, 2024, it is hereby **ORDERED** that the Case Management Conference **SHALL** proceed as scheduled on January 16, 2024. If Defendant's insurance carrier is not in attendance, I will impose appropriate sanctions against Defendant. See Rule 16(f)(1)(B) ("[T]he court may issue any just orders, . . . if a party or its attorney. . . is substantially unprepared to participate—or does not participate in good faith—in the conference.")

        **AND IT IS SO ORDERED.**

        */s/ Paul S. Diamond*
        Paul S. Diamond, J.