**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANNE WHITNEY COLLINS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 23-cv-02693 |
| | : | |
| EASTERN UNIVERSITY, | : | |
| Defendant. | : | |
| | : | |

## O R D E R

**AND NOW**, this 16th day of January, 2024, upon consideration of the Clerk's decision to delay the Court's opening due to inclement weather, it is hereby **ORDERED** that the Case Management Conference scheduled for today, January 16th, 2024, at 11:00 a.m. will be **RESCHEDULED**.  An Order setting a new date for the case management conference will follow.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.