IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANNE WHITNEY COLLINS,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 23-cv-02693 |
| | : | |
| **EASTERN UNIVERSITY,** | : | |
| Defendant. | : | |
| | : | |

# O R D E R

**AND NOW**, this 23rd day of January, 2024, it is hereby **ORDERED** that the Case Management Conference previously scheduled on January 16, 2024, is **RESCHEDULED** for **January 31, 2024, at 11:00 a.m.** in Room 14614 in the James A. Byrne U.S. Courthouse, 601 Market St., Philadelphia, PA 19106. **Plaintiff and Defendant, or, in the case of a corporate Party, a representative with full authority to settle the case, and any insurance representative must attend. Lead Counsel for all Parties shall attend and shall be prepared to discuss scheduling and settlement in this matter.**

        **AND IT IS SO ORDERED.**

        */s/ Paul S. Diamond*
        _____
        Paul S. Diamond, J.